IN THE UNITED STATES DISTRICT COURT FOR THE
District of Columbia

IN THE MATTER OF A US Priority
MAIL PARCEL   #70072560000315874214
ADDRESSED TO "Sondra Mills
614 Galveston Street, S.E., Washington DC 20032
Bearing a return address of "David E. Thomas
4725 Bougainville Dr #429 Honolulu, HI 96818"
LOCATED   AT THE   U.S. Postal Inspection
Service Office, Washington, D.C.

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Dan R. Forristall, being duly sworn, hereby depose and state as follows:

1.      Your Affiant, Dan R. Forristall, is a Postal Inspector with the United States Postal Inspection Service (USPIS) and has been so employed since February 2007.  I am a federal law enforcement agent authorized to apply for search warrants.  Upon entering   USPIS, your Affiant completed twelve weeks of training in Potomac, Md.  The training covered various aspects of federal law enforcement including the investigation of narcotics-related offenses. I have received instruction on conducting investigations of, and have, in fact, participated in investigations involving possession with intent to distribute and distribution of controlled dangerous substances.  In the course of conducting or participating in these investigations, I have been involved in the use of the following techniques: interviewing suspects and cooperating witnesses, conducting physical surveillance; and preparing and executing numerous search warrants which have led to seizures of narcotics and other contraband

2.      I am currently assigned to the Prohibited Mail Multi-Functional team.  This team specializes in investigating matters where the mail is used to transport controlled substances or the proceeds of the unlawful distribution of controlled substances.   I have taken part in the execution of several search warrants where illegal narcotics were recovered from the packages shipped through the U.S. mails.

3.      Postal Inspectors in the Washington, D.C., area have noticed an increase in the use of Express and Priority Mail to transport drugs and the payment for drugs to and from the Washington area, from the known drug source areas of Florida, California, Arizona, Texas, and New York (and other states).   Past experience and drug-trafficking intelligence have demonstrated that Express Mail and Priority Mail services are frequently used by drug dealers for shipping of controlled substances including, but not limited to, cocaine, heroin, and marijuana.  Use of these services is favored because of their reliability, speed, and low cost, as well as the perceived minimal chance of detection of drugs being shipped in this manner.

4.      The facts and information contained in this affidavit are based on my personal knowledge, as well as that of the other agents involved in this investigation.  All observations that I did not make personally were related to me by the persons who made the observations.  This affidavit contains only that information necessary to establish probable cause in support of an application for

a search warrant.   This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

5.      On Thursday, December 11, 2008, *Priority Mail Parcel 70072560000315874214* was interdicted by Postal Inspectors at the Congress Heights Post Office in Washington, D.C.   The parcel was addressed to "Sondra Mills 614 Galveston Street S.E. Washington DC 20032" and bore a return address of "David E. Thomas 4725 Bougainville Dr #429 Honolulu, HI 96818"

6.      The Congress Heights Post Office that services the receiving address on the parcel verified that no one by the name of Sondra Mills receives mail at 614 Galveston Street S.E. Washington DC 20032.   A database search of 4725 Bougainville Dr #429 Honolulu, HI 96818 revealed that no one by the name of David E. Thomas lived there.

7.      I know, through my training, knowledge and experience, that those who commonly use the U.S. mails to facilitate the transportation of controlled substances often use false names and addresses or names and addresses, other than their own, or omit names completely in the labeling of shipments of controlled substances.   In this way, these individuals can distance themselves from the contraband should it be intercepted by law enforcement.   The labeling of the SUBJECT PARCEL is consistent with the labels used by others who have shipped controlled substances through the mails

8.      On December 11, 2008, the SUBJECT PARCEL was placed among other boxes in an office of Metropolitan Police Department (MPD) in Washington, D.C. A sworn police officer, Detective Thomas Syndor, and his narcotic-detecting dog, named "Cigi," were brought in to search the office.   Detective Syndor informed me that Cigi alerted on the SUBJECT PARCEL.   This means that the dog acted in a way that she has been trained to act when she smells the odor of a controlled substances in a particular place.   Cigi is certified to alert and respond to the presence of the following drug narcotic odors: methamphetamine, cocaine, crack cocaine, heroin, ecstasy (MDMA), marijuana, and hashish.   Not only did the dog, Cigi, act this way with regard to the SUBJECT PARCEL, but all of the other items in the room did not have controlled substances in them.

9.      The specific items to be searched and/or seized within the SUBJECT PARCEL include any narcotics or other controlled substances, any evidence relating to the possession, distribution, or trafficking of narcotics or other controlled substances, and any proceeds from the sale or distribution thereof.

10.     It is my belief, based on the information contained herein, and on other facts and information, that the SUBJECT PARCEL contains a quantity of controlled substance constituting contraband or the fruits or instrumentalities of a crime, or evidence of the commission of a criminal offense, the unlawful transportation of a controlled substance via the U.S. mails for the purpose of facilitating possession with intent to distribute the controlled substance, specifically, Use of a Communication Facility to Transport Controlled Substances in violation of 21 U.S. Code, Section 843(b); Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S. Code, Section 841(a)(1); and Conspiracy to Distribute a Controlled Substance in violation of 21 U.S. Code, Section 846.   The SUBJECT PARCEL is presently located at U.S. Postal Service facilities in the District of Columbia.

_____
Dan R. Forristall
U.S. Postal Inspector                                                        Subscribed and sworn to
                                                                             before me this \_\_\_\_
                                                                             day of December, 2008, at Washington D.C.

_____
United States Magistrate Judge